# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

IN RE: 18-24326

DEBTOR(S)
 EDINA FULAN

### CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2019,        the foregoing Trustee's Claims Report (Chapter 13) was electronically filed with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system.   I further certify that the parties of record in this case, as identified after the signature line in the attached Noticing Center's Certificate of Service, are registered CM/ECF users and will be served through the CM/ECF system.

I hereby certify that on March 12, 2019,        I caused to be served a true and correct copy of the foregoing Trustee's Claims Report (Chapter 13)         as follows:

Mail Service via the Noticing Center– By regular first class United States mail, postage fully pre-paid, addressed to those parties specified in the Noticing Centers Certificate Of Service found below:

/s/Lon A. Jenkins, Trustee, Office of the Standing Chapter 13 Trustee

OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| IN RE:<br>EDINA FULAN<br><br>Debtor | CASE NO: 18-24326<br><br>Chapter 13<br><br>Hon. JOEL T. MARKER |
|---|---|

### TRUSTEE'S REPORT OF CLAIMS

The court confirmed the Debtor's plan on November 20, 2018, and the bar dates for filing claims in this case have now expired, and it appears that all claim issues have been resolved.  As stated in the confirmation order, the Trustee will only disburse on allowed claims provided for in the plan and for which a timely proof of claim was filed.  If the plan provides for a claim but no timely proof of claim has been filed, the Trustee will not disburse on that claim, subject to direction from the court.   Below is a list of all claims provided for by the confirmed plan and/or for which a proof of claim was filed with a description of how such claims will be administered by the Chapter 13 Trustee during the life of the plan.

***ABSENT A TIMELY FILED OBJECTION WITH THE BANKRUPTCY COURT, THE TRUSTEE WILL ADMINISTER CLAIMS IN THIS CASE PURSUANT TO THE LIST OF CLAIMS BELOW***

On or before April 08, 2019, any objection to the Trustee's Report of Claims must be filed with the bankruptcy court and served on the trustee.  On or before April 08, 2019, you must *also* contact the Bankruptcy Court to reserve a date and time when your objection will be heard by the Bankruptcy Judge and then give the trustee notice of such hearing.  If an objection is not both timely filed and noticed for a hearing, the Trustee's Report of Claims will become final and incorporated into the confirmation order, and it will control all disbursements by the Chapter 13 trustee, subject to subsequent direction from the court.

Dated: 03/08/2019

LAJ /S/
LON A. JENKINS
CHAPTER 13 TRUSTEE

Note: The following claims have Step Payments:
Claim No. 1 Regional Acceptance Corporation

| 07/01/2018 | 06/30/2019 | $64.00 |
| 07/01/2019 | 07/31/9999 | $140.00 |

| Claim No. | Creditor Name | Claim Description | Claim Amount | Value | Monthly Payment | Interest Rate |
|---|---|---|---|---|---|---|
| 2 | **INTERNAL REVENUE SERVICE** | PRIORITY (NO unsecd. interest) ASSESSED PRI TAX | $2,908.05 | $0.00 | Pro Rata | 0.00 |
| 2 | **INTERNAL REVENUE SERVICE** | UNSECURED ASSESSED UNSEC TAX | $405.51 | $0.00 | Pro Rata | 0.00 |
|   | **JODY L. HOWE** | ATTORNEY FEE | $3,500.00 | $0.00 | Pro Rata | 0.00 |
| 5 | **PORTFOLIO RECOVERY ASSOCIATE** | UNSECURED CREDIT | $640.22 | $0.00 | Pro Rata | 0.00 |
| 1 | **Regional Acceptance Corporation** | UNSECURED Split Claim | $10,636.26 | $0.00 | Pro Rata | 0.00 |
| 1 | **Regional Acceptance Corporation** | VEHICLE SECD (PERMO level 1? 2010 MAZDA 3/PV=$6,375 @ 3.2 | $6,375.00 | $6,375.00 | $64.00 | 3.25 |
| 4 | **RESURGENT CAPITAL SERVICES** | UNSECURED MEDICAL | $150.00 | $0.00 | Pro Rata | 0.00 |
| 3 | **WHARTHOG VENTURES LLC** | UNSECURED SHORT TERM INSTALLMENT I | $884.10 | $0.00 | Pro Rata | 0.00 |

United States Bankruptcy Court
District of Utah

```
In re:                                                        Case No. 18-24326
EDINA FULAN                                                   Chapter 13
        Debtor
```

# CERTIFICATE OF SERVICE

```
District/off: 1088-c          User: 563                Page 1 of 2              Date Rcvd: Mar 11, 2019
                              Form ID: TROC            Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Noticing Center on
Mar 12, 2019.
```
db             EDINA FULAN,    4885 SOUTH COTTONWOOD LANE,    SALT LAKE CITY, UT 84117-6223
1              AD ASTRA RECOVERY,    7330 W 33RD ST N STE 118,    WICHITA, KS 67205-9370
2              AFTER HOURS MEDICAL,    PO BOX 1000,    DRAPER, UT 84020-1000
3              BONNEVILLE BILLING,    1186 E 4600 S STE 100,    OGDEN, UT 84403-4896
4              BONNEVILLE COLLECTIONS,    PO BOX 150621,    OGDEN, UT 84415-0621
5              CASH CENTRAL,    ATTN: BANKRUPTCY,    84 EAST 2400 NORTH,    NORTH LOGAN, UT 84341-2902
6              DISCOVER FINANCIAL,    PO BOX 3025,    NEW ALBANY, OH 43054-3025
7              DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
8              EPN INC,    746 E 1910 S #3,    PROVO, UT 84606-6225
9              ERC/ENHANCED RECOVERY CORP,    8014 BAYBERRY RD,    JACKSONVILLE, FL 32256-7412
10             EXPRESS RECOVERY SERVICES, INC,    PO BOX 26415,    SALT LAKE CITY, UT 84126-0415
12              INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA, PA 19101-7346
13             JODY L. HOWE,    UTAH BANKRUPTCY PROFESSIONALS, P. C.,    9227 SOUTH 1300 EAST,
                 SANDY, UT 84094-3127
14             LONE PEAK HOSPITAL,    RESURGENT CAPITAL SERVICES,    PO BOX 1927,    GREENVILLE, SC 29602-1927
15             MOUNTAIN AMERICA CREDIT UNION,    735 SOUTH STATE STREET #300,    SALT LAKE CITY, UT 84111-3821
16             MOUNTAINLAND COLLECTIONS, INC,    ATTN: BANKRUPTCY,    PO BOX 1280,    AMERICAN FORK, UT 84003-6280
17             NATIONAL CREDIT ADJUSTERS, LLC,    327 W 4TH AVE,    PO BOX 3023,    HUTCHINSON, KS 67504-3023
18             PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
19             REGIONAL ACCEPTANCE CO,    8101 E PRENTICE AVE STE,    GREENWOOD VILLAGE, CO 80111-2909
20             REGIONAL ACCEPTANCE CORPORATION,    PO BOX 1847,    WILSON, NC 27894-1847
21             SIMPLIFIED,    595 SOUTH RIVERWOODS PKWY,    LOGAN, UT 84321-6838
24             THE LOFTS AT 7800,    7650 EURO DR,    MIDVALE, UT 84047-5049
25             UTAH STATE TAX COMMISSION,    ATTN BANKRUPTCY UNIT,    210 N 1950 W,
                 SALT LAKE CITY, UT 84134-7040
26             WELLS FARGO BANK CARD,    MAC F82535-02F,    PO BOX 10438,    DES MOINES, IA 50306-0438
27             WHARTHOG VENTURES, LLC,    623 SOUTH AMERICANA BLVD.,    BOISE, ID 83702-6732
```
Notice by electronic transmission was sent to the following persons/entities by the Noticing Center.
NONE.                                                                                             TOTAL: 0

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22             SWIFT FNDS,    927 DEEP VALLEY DR,    RETURNED MAIL--99999
23             THE BEST SERVICE CO/CA,    ATTN: BANKRUPTCY,    10780 SANTA MONICA BLVD. SUITE 140,
                 RETURNED MAIL--99999
11*            EXPRESS RECOVERY SERVICES, INC.,    PO BOX 26415,    SALT LAKE CITY, UT 84126-0415
                                                                                               TOTALS: 2, * 1
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the document specified in the Form ID field of this Certificate of Service to the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**Date: Mar 12, 2019**          **Signature:** *Joseph Speetjens*

```
District/off: 1088-c          User: 563                  Page 2 of 2           Date Rcvd: Mar 11, 2019
                              Form ID: TROC               Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2019 at the address(es) listed below:

```
nef           LON JENKINS TR
nef           UNITED STATES TRUSTEE
                                                                                        TOTAL: 2
```